IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00017–PAB–KMT


MICHAEL ABBOTT,

        Plaintiff,

v.

BRIAN WEBSTER, Physician's Assistant,

        Defendant.

---

### ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

        The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated April 1, 2010. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

        It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **June 3, 2010,** at **9:30 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

        The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 19th day of April, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge