IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 10-cv-00017-PAB-KMT  FTR- Courtroom C-201

**Date:** June 3, 2010  Kathleen Finney, Courtroom Deputy

MICHAEL ABBOTT,  Pro se (telephone)

    Plaintiff(s),

v.

BRIAN WEBSTER,  Christopher Wayne Alber

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: PRELIMINARY RULE 16(b) SCHEDULING / STATUS CONFERENCE**
**Court in Session: 9:35 a.m.**
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.
Opening statements by the Court.

**It is ORDERED:** Plaintiff's Motion to Vacate Preliminary Scheduling Conference Date and to Reschedule Preliminary Scheduling Conference [Doc. No. 18, filed 6/2/2010] is **DENIED.**

**It is ORDERED:** Plaintiff's Motion for Default Judgment [Doc. No. 12, filed 4/9/2010] is **DENIED as premature.**

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery if any will be needed.

**It is ORDERED:** JOINDER OF PARTIES OR AMENDMENT OF PLEADINGS

    DEADLINE is set **July 16, 2010.**

    DISCOVERY DEADLINE is set **January 4, 2011.**

    DISPOSITIVE MOTIONS DEADLINE is set **February 4, 2011.**

Plaintiff is reminded that discovery is **not** to be filed with the Court.

- Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited two (2) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take. Permission must also be obtained from the prison facility.

- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.
Each side shall be limited to twenty-five (25) Interrogatories, including subparts.

- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34. Each side shall be limited to twenty-five (25) Requests for Production of Documents.

- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.
Each side shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections to written discovery within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Each side shall be limited to two expert witnesses, absent leave of Court.
Parties shall designate affirmative experts **on or before October 4, 2010.**
Parties shall designate rebuttal experts **on or before November 4, 2010.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order.

No **SETTLEMENT CONFERENCE** is set at this time.

**FINAL PRETRIAL CONFERENCE** is set **APRIL 5, 2011 at 9:30 a.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.

For plaintiff's review, a copy of Judge Tafoya's letter to pro se litigants is attached.

HEARING CONCLUDED.   **Court in Recess:** 9:53 a.m.    Total In-Court Time:    00:18

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.